UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL TUILAEPA,

          Plaintiff,

   v.

JASON SCHULTZ, et al.,

          Defendants.

No. 2:25-cv-3156 CSK P

ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  The Court finds the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a Post-Screening ADR Project settlement conference and will partially grant plaintiff's Motion to Appointment Counsel. Agnieszka M. Gill has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 21) is partially granted and Agnieszka M. Gill is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Agnieszka M. Gill's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

1

3.  Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4.  The parties are directed to contact Alexandra Waldrop, Courtroom Deputy to Magistrate Judge Chi Soo Kim, by email at awaldrop@caed.uscourts.gov, within 30 days of the date of this order to arrange scheduling of the settlement conference.

5.  The Clerk of the Court is directed to serve a copy of this order upon Agnieszka M. Gill, Law Office of Agnieszka M. Gill, 1824 Fulton St., Unit 119, Fresno, CA 93721.

Dated:  May 20, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Tuil3156.31/2

2